B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of Louisiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Phoenix Associates Land Syndicate** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Murphy Sand and Gravel** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**72-1317267** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**705 Main Street**<br>**Madisonville, LA** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code **70447** | ZIP Code |

| County of Residence or of the Principal Place of Business:<br>**Saint Tammany** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>**P O Box 100**<br>**Madisonville, LA** | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code **70447** | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| **Statistical/Administrative Information**  *** Claude C. Lightfoot, Jr. LA 17989 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Phoenix Associates Land Syndicate** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Phoenix Associates Land Syndicate**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Claude C. Lightfoot, Jr. LA**
Signature of Attorney for Debtor(s)

   **Claude C. Lightfoot, Jr. LA 17989**
Printed Name of Attorney for Debtor(s)

   **Claude C. Lightfoot, Jr. P.C.**
Firm Name

   **424 Gravier Street**
   **Third Floor**
   **New Orleans, LA 70130**

Address

   **Email: clightfoot@claudelightfoot.com**
   **(504) 838-8571  Fax: (504) 838-8572**
Telephone Number

   **June 10, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ C. Paul Alonzo**
   Signature of Authorized Individual

   **C. Paul Alonzo**
Printed Name of Authorized Individual

   **President**
Title of Authorized Individual

   **June 10, 2009**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **Phoenix Associates Land Syndicate**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ABC Company** | **ABC Company** | **Noble Jet 2007** | **Disputed** | **230,502.87** |
| **Able Building Company**<br>**504 Water Street**<br>**Madisonville, LA 70447** | **Able Building Company**<br>**504 Water Street**<br>**Madisonville, LA 70447** | **Bill from Previously Owned Entity** | **Disputed** | **500,000.00** |
| **Ann Arbor Pool Builders**<br>**522 N Maple Rd**<br>**Ann Arbor, MI 48103** | **Ann Arbor Pool Builders**<br>**522 N Maple Rd**<br>**Ann Arbor, MI 48103** | **Other Bill total of all creditors** | **Disputed** | **411,734.52** |
| **Bowles Energy**<br>**P O Box 3147**<br>**Longview, TX 75606** | **Bowles Energy**<br>**P O Box 3147**<br>**Longview, TX 75606** | **Other Bill ProGas** | **Disputed** | **430,741.99** |
| **Bridwell Oil Management**<br>**1801 Henson St.**<br>**Abilene, TX 79603** | **Bridwell Oil Management**<br>**1801 Henson St.**<br>**Abilene, TX 79603** | **Other Bill ProGas** | **Disputed** | **289,413.94** |
| **Carol Rutherford**<br>**1022 Windsor Drive**<br>**Provo, UT 84604** | **Carol Rutherford**<br>**1022 Windsor Drive**<br>**Provo, UT 84604** | **Other Loan Phoenix** | | **150,000.00** |
| **Celtech Corporation**<br>**1300 Terminal Drive**<br>**Carlsbad, NM 88220** | **Celtech Corporation**<br>**1300 Terminal Drive**<br>**Carlsbad, NM 88220** | **Other Bill Phoenix** | | **650,000.00** |
| **Conn Energy**<br>**5 Sanctuary Blvd**<br>**Suite 201**<br>**Mandeville, LA 70471** | **Conn Energy**<br>**5 Sanctuary Blvd**<br>**Suite 201**<br>**Mandeville, LA 70471** | **Other Bill ProGas** | **Disputed** | **308,948.54** |
| **Destin Resources**<br>**1800 Carol Sue Avenue**<br>**Suite 6**<br>**Gretna, LA 70056** | **Destin Resources**<br>**1800 Carol Sue Avenue**<br>**Suite 6**<br>**Gretna, LA 70056** | **Other Bill ProGas** | **Disputed** | **443,870.75** |
| **Enbridge Marketing**<br>**1100 Louisiana Street**<br>**Suite 330**<br>**Houston, TX 77002** | **Enbridge Marketing**<br>**1100 Louisiana Street**<br>**Suite 330**<br>**Houston, TX 77002** | **Other Bill ProGas** | **Disputed** | **418,260.00** |
| **Energy Properties**<br>**5 Sanctuary Blvd**<br>**Suite 201**<br>**Mandeville, LA 70471** | **Energy Properties**<br>**5 Sanctuary Blvd**<br>**Suite 201**<br>**Mandeville, LA 70471** | **Other Bill ProGas** | **Disputed** | **284,175.18** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Phoenix Associates Land Syndicate**                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Harvest Group**<br>**Harvest Oil & Gas**<br>**Harvest Pipeline**<br>**67201 Industry Lane**<br>**Covington, LA 70433** | **Harvest Group**<br>**Harvest Oil & Gas**<br>**Harvest Pipeline**<br>**67201 Industry Lane**<br>**Covington, LA 70433** | **Other Bill ProGas** | **Disputed** | 2,305,002.00 |
| **HIJ Company**<br>**90000** | **HIJ Company**<br>**90000** | **Other Bill creditors of Stewarts DeRooting** | **Disputed** | 247,367.82 |
| **International Turf Applicators, Inc.**<br>**1313 E. Edgewood Drive**<br>**Lakeland, FL 33803** | **International Turf Applicators, Inc.**<br>**1313 E. Edgewood Drive**<br>**Lakeland, FL 33803** | | **Disputed** | 880,000.00 |
| **Madison Realty Capital**<br>**825 Third Avenue**<br>**37th Floor**<br>**New York, NY 10022** | **Madison Realty Capital**<br>**825 Third Avenue**<br>**37th Floor**<br>**New York, NY 10022** | **Other Bill PBLS** | **Disputed** | 2,100,000.00 |
| **Paul & Carolyn Alonzo**<br>**2 N. Bonita Dr.**<br>**Madisonville, LA 70447** | **Paul & Carolyn Alonzo**<br>**2 N. Bonita Dr.**<br>**Madisonville, LA 70447** | **Other Loan Monies loaned to Phoenix** | | 1,710,800.00 |
| **Paul & Carolyn Alonzo**<br>**2 N. Bonita Dr.**<br>**Madisonville, LA 70447** | **Paul & Carolyn Alonzo**<br>**2 N. Bonita Dr.**<br>**Madisonville, LA 70447** | **Other Bill parcel of land given to Phoenix to post for bond** | | 950,000.00 |
| **Shell Trading Co.**<br>**P O Box 4604**<br>**Houston, TX 77210** | **Shell Trading Co.**<br>**P O Box 4604**<br>**Houston, TX 77210** | **Other Bill ProGas** | **Disputed** | 1,500,000.00 |
| **Virgin Offshore**<br>**909 Poydras**<br>**Suite 2200**<br>**New Orleans, LA 70112** | **Virgin Offshore**<br>**909 Poydras**<br>**Suite 2200**<br>**New Orleans, LA 70112** | **Other Bill ProGas** | **Disputed** | 219,587.00 |
| **XYZ Company** | **XYZ Company** | **Other Bill creditors of Record Wheatley Plumbing** | **Disputed** | 450,279.75 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 10, 2009**                                    Signature   **/s/ C. Paul Alonzo**

**C. Paul Alonzo**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

20/20 Exhibits
10550 Sam Houston Parkway W.
Houston, TX 77071


A J Hand
P O Box 3579
Covington, LA 70434


AA Action Lock & Safe
P O Box 8773
Mandeville, LA 70470


ABC Company


Able Building Company
504 Water Street
Madisonville, LA 70447


Acadian Cypress & Hardwoods
#1 Industrial Parkway
Ponchatoula, LA 70454


Accountemps
File 73484
P O Box 60000
San Francisco, CA 94160


AIA Corporation
5028 Payshere Circle
Chicago, IL 60674


Aircraft Bluebook
13609 Collections Center Drive
Chicago, IL 60693


Airport Journals
13000 E. Control Tower Road
J-12
Englewood, CO 80112


Alliance Graphics
5225 Hollister Road
Houston, TX 77040

Ann Arbor Pool Builders
522 N Maple Rd
Ann Arbor, MI 48103


Apple Courier
1547 Laird
Houston, TX 77008


Ashford Houston Investment Co.
3838 N Sam Houston Parkway E
Suite 190
Houston, TX 77032


AT&T
P O Box 630047
Dallas, TX 75263


AT&T
P O Box 105262
Atlanta, GA 30348


AT&T
P O Box 650661
Dallas, TX 75265


Atmos Energy
P O Box 70109
Phoenix, AZ 85052


Automotive Air
925 Lafitte St
Mandeville, LA 70448


Aviation International News
214 Franklin Avenue
Midland Park, NJ 07432


Awards Unlimited
1000 N. Travis Street
Suite D
Sherman, TX 75090

Bann Law Firm
90 Louis Prima Drive
Suite B
Covington, LA 70433


Bell South
P O Boc 530016
Atlanta, GA 30353


Berman Kean Reguira
2101 Commercial Blvd
Suite 2800
Fort Lauderdale, FL 33309


Bowles Energy
P O Box 3147
Longview, TX 75606


Brenda Norwood
19951 Ashland Brook Court
Houston, TX 77084


Brick & Block Products
P O Box 8707
Mandeville, LA 70470


Bridwell Oil Management
1801 Henson St.
Abilene, TX 79603


Canon Financial Services
P O Box 4004
Carol Stream, IL 60197


CAPCO Offshore
5555 San Felipe
Suite 725
Houston, TX 77056


Capital One Bank
Loan Services
P O Box 4539
Houston, TX 77210

Carol Rutherford
1022 Windsor Drive
Provo, UT 84604


Caroline Partners
BMS Management Inc.
4265 San Felipe
Suite 750
Houston, TX 77027


Carrolls
5615 South Rice
Houston, TX 77081


Castlerock Oil Co.
14221 Dallas Parkway
Suite 1400
Dallas, TX 75254


Celtech Corporation
1300 Terminal Drive
Carlsbad, NM 88220


Chadco Inc
P O Box 370
Tullos, LA 71479


Charter Communications
P O Box 9001913
Louisville, KY 40290


Chicky Lugo
9231 Esplanade
Dallas, TX 75220


Cingular Wireless
P.O. Box 6463
Carol Stream, IL


Clearwater Supply
4001 Hwy 190
Covington, LA 70433

CLECO Power LLC
P O Box 69000
Alexandria, LA 71306


Cole's Rental World of Covington
1305 Collins Blvd
Covington, LA 70433


Cole's Rental World of Mandeville
2200 N Causeway
Mandeville, LA 70471


Commander Aero Inc
10570 Springboro Pike
Miamisburg, OH 45342


Conn Energy
5 Sanctuary Blvd
Suite 201
Mandeville, LA 70471


Conoco
1130 Plaza Office Building
Bartlesville, OK 74004


Creations Galore
P O Box 1537
Mandeville, LA 70470


CT Carden
4415 Shores Drive
Metairie, LA 70006


Cypress Gas Pipeline
P O Box 4324
Houston, TX 77210


D & S Surveyors
Suite 203
2401 N Hwy 190
Covington, LA 70433


Dell Commercial Credit
P O Box 689020
Des Moines, IA 50368

Delta Operating Co
2424 Edenborn Avenue
Suite 454
Metairie, LA 70001


Delta Testing and Inspection
P O Box 19172
New Orleans, LA 70179


Destin Resources
1800 Carol Sue Avenue
Suite 6
Gretna, LA 70056


Don's Stumpgrinding & Taxidermy
1923 Dupard
Mandeville, LA 70448


Double A Services
P O Box 1752
Mandeville, LA 70470


Double A Services LLC
110 Campbell Ave
Suite 1
Mandeville, LA 70471


Drilling Info
P O Box 5545
Austin, TX 78763


Drinkard LLC
P O Box 253
Covington, LA 70434


East Texas Resources Metering Systems
P O Box 3147
Longview, TX 75606


Eatel
P O Box 880
Gonzales, LA 70707

Enbridge Marketing
1100 Louisiana Street
Suite 330
Houston, TX 77002


Energy Properties
5 Sanctuary Blvd
Suite 201
Mandeville, LA 70471


Ensemble
700 Elmwood Park Blvd
Suite C
Harahan, LA 70123


Ernie Stevens
9963 SR 613
Van Buren, OH 45889


Evolution IT
P O Box 516
Madisonville, LA 70447


Federal Express
P O Box 660481
Dallas, TX 75266


FedEx
P O Box 660481
Dallas, TX 75266


Finley Resources
1308 Lake St
Suite 200
Ft Worth, TX


Fischer Environmental
1980 Surgi Drive
Mandeville, LA 70448


Floorco Inc
68676 Hwy 59
Mandeville, LA 70471

Frank Mason
Austin Bank Building
3400 W Marshall Ave
Suite 307
Longview, TX 75604


Frank Mason, PC
3400 West Marshall Avenue
Suite 307
Longview, TX 75604


Gexa Energy
P O Box 659410
San Antonio, TX 78265


Ginger Villeneuve
19951 Ashland Brook Court
Houston, TX 77084


Greystone Operating, Inc
P O Box 281
Puckett, MS 39151


Gulf Explorer, LLC
P O Box 1645
Covington, LA 70434


Gulf States Glass
P O Box 1502
Mandeville, LA 70470


Harbour Smith Harris & Merritt
404 N Green at Magrill
P O Box Drawer 2072
Longview, TX 75606


Harvest Group
Harvest Oil & Gas
Harvest Pipeline
67201 Industry Lane
Covington, LA 70433


Hawkeye Drilling Co
P O Box 97
Waskom, TX 75692

Heartlnd Communications Group
P.O. Box 1052
Fort Dodge, IA 50501


HIJ Company
 90000


Home Depot
P O Box 3029
The Lakes, NV 88901


Humana Health Benefit Plan of LA
P O Box 0543
Carol Stream, IL 60132


Internal Revenue Service
P.O. Box 21125
Philadelphia, PA 19114-0326


International Turf Applicators, Inc.
1313 E. Edgewood Drive
Lakeland, FL 33803


Jacobs Aircraft Co
P O Box 10207
Jackson, MS 39289


Jeffrey Montalbano
1923 S America
Covington, LA 70433


Jet Aviation
7363 Cedar Springs
Dallas, TX 75235


Jet South Corporation
4243 East Lake Road
Birmingham, AL 35217


Jim Brindle
7 Althea
Metairie, LA 70005

Johnson Johnson Barrios & Yacoubian
One Shell Square
701 Poydras Street
Suite 4700
New Orleans, LA 70139


Joseph F. Lavigne
Jones Walker
201 St. Charles Ave.
New Orleans, LA 70170-5100


Lakehills Production
3267 Bee Cane S Rd
Suite 107
Austin, TX 78746


Lannie Mecom
Wichita Partnership
P O Box 460
Chappell Hill, TX 77426


Lard Oil Co
P O Box 9
Denham Springs, LA 70727


Liskow & Lewis
701 Poydras Street
Suite 5000
New Orleans, LA 70139


LMD Offshore
6916 Broad Acre Road
Avondale, CO 81022


Looper Reed & McGraw
1300 Post Oak Boulevard
Suite 2000
Houston, TX 77056


Looper, Reed & McGraw
1300 Post Oak Blvd
Suite 2000
Houston, TX 77056

Louisiana Department of Revenue
P.O. Box 201
Baton Rouge, LA 70896


Louisiana Department of Revenue
P.O. Box 66658
Attn: Bankruptcy Unit
Baton Rouge, LA 70896


Lowes Home Centers
2501 Elysian Fields Avenue
New Orleans, LA 70117


Madison Realty Capital
825 Third Avenue
37th Floor
New York, NY 10022


Mark L Schidler, Inc.
1010 Lamar
Suite 500
Houston, TX


Marquez Insurance
4607 Jefferson Hwy
Jefferson, LA 70121


Marquez Insurance Agency
4607 Jefferson Hwy
Jefferson, LA 70121


Martin Marks Operating Co.
Houston, TX


Metroplex Control Systems
4582 Paysphere Circle
Chicago, IL 60674


Metropolitan Interconnect
P O Box 7777-7950
Philadelphia, PA 19175-7950

National Business Aviation Association
1200 Eighteenth Street NW
Suite 400
Washington, DC 20036


NCX Company, Inc.
3300 W Esplanade Ave
Suite 610
Metairie, LA 70002


New Century Exploration
17350 State Highway 249
Houston, TX 77064


Northshore Environmental Services
1108 Villere St
Mandeville, LA 70448


Office Market
1801 N Causeway Blvd
Mandeville, LA 70448


One Stop Restoration & Cleaning
71092 Shady Lake Dr
Covington, LA 70433


OSI Collection Services
P O Box 965
Brookfield, WI 53008


Osprey Partners
868 Riverview Drive
Brielle, NJ 08730


Paul & Carolyn Alonzo
2 N. Bonita Dr.
Madisonville, LA 70447


Penton Media
9800 Metcalf Avenue
Overland Park, KS 66212


Personnel Concepts
P O Box 5750
Carol Stream, IL 60197

Petroleum Purchasing, Ltd.
P O Box 1432
Dublin, OH 43017


Picayune Tire & Service Center
1605 Hwy 11
Picayune, MS 39456


Pilot Resources
P O Box 701
Mandeville, LA 70470


Pitney Bowes
1 Elmcroft Road
Staamford, CT 06926


Plymouth Resource Group
390 South Laura Drive
Mandeville, LA 70448


Post Oak Park
1919 Post Oak Park Drive
Houston, TX 77027


Pot O Gold
P O Box 1627
Hammond, LA 70404


Protection One
P O Box 5714
Carol Stream, IL 60197


Purchase Power
1 Elmcroft Road
Stamford, CT 06926


Ray Santa
3105 Willow Way
Bedford, TX 76021


Regional Office Supply & Equip
19300-A N. Fourth St
Covington, LA 70433

Riverside Lumber Co
5451 Morrison Road
New Orleans, LA 70126


Robert & Laura Couvillion
340 Pencarrow Circle
Madisonville, LA 70447


Robert L. Redfearn
3000 Energy Centre
1100 Poydras Street
New Orleans, LA 70163


RTB & Associates
Brownsville Air Center
18484 Preston Road
Suite 102 PMB 167
Dallas, TX 75252


SBC Voice Data Electronics
38296 Salt Bayou Road
Slidell, LA 70461


Scott Construction Equipment
10160 Airline Hwy
Baton Rouge, LA 70835


SDG Operating Co
3650 Old Bullard Rd
Suite 300
Tyler, TX 75701


Security Solutions & More
P O Box 2585
Kenner, LA 70063


Service One, LLC
127 Hwy 22E
Unit W-17
Madisonville, LA 70447


Shell Trading Co.
P O Box 4604
Houston, TX 77210

Sherwin Williams
4250 Hwy 22
Suite 8
Mandeville, LA 70471


Southern Printing & Graphics
810A North Columbia St
Covington, LA 70433


Sprint
P O Box 219100
Kansas City, MO 64121


St Tammany Parish Tax Collector
Covington, LA 70433


Stieverson Accounting Professionals
P O Box 940250
Houston, TX 77094


Stock Building Supply
P O Box 847795
Dallas, TX 75284


Superior Pool Supply
32620 Dequindre Road
Warren, MI 48092


Talbert Operating Co
P O Box 315
Trinidad, TX 75163


Talbot Realty Group
747 Magazine St
Suite 7
New Orleans, LA 70130


Targa Midstream Services
1000 Louisiana
Suite 4700
Houston, TX 77002

Tchefuncte Harbor Townhomes
Madisonville, LA 70447


Team TCB
68 Poquito Road
Shalimar, FL 32579


Thomas E. Schafer, III
328 Lafayette Street
New Orleans, LA 70130


Thomas Huval
532 E. Boston Street
Covington, LA 70433


Time Warner Cable
P O Box 650047
Dallas, TX 75265


Top Gun Aviation
P O Box 2032
Hammond, LA 70404


Trunkline Field Services
P O Box 201893
Houston, TX 77216


Trunkline Gas Company
P O Box 201203
Houston, TX 77216


Tucker Operating Co
P O Box 4966
Victoria, TX 77903


United Shipping Solutions
P O Box 421685
Houston, TX 77242


Vamos Oil & Gas
412 W University Ave
Suite 202
Lafayette, LA 70506

Veillon Jakes & Associates
20081 Hwy 36
Covington, LA 70433


Venice Gathering System
P O Box 730269
Dallas, TX 75373


Vilar & Elliott
3709 Masonic Dr
P O Box 12730
Alexandria, LA 71315


Vilar & Elliott
3709 Masonic Drive
P O Box 12730
Alexandria, LA 71315


Virgin Offshore
909 Poydras
Suite 2200
New Orleans, LA 70112


Westar Company
P O Box 55347
1544 Campbell Road
Houston, TX 77255


Wright Express - Mastercard
P O Box 100
Madisonville, LA 70447


XYZ Company